UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHN URBANO, | ) No. 1:20-cv-00504-EPG |
| Plaintiff, | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C.** |
| | ) **§ 405(g) AND TO ENTRY OF JUDGMENT** |
| ANDREW SAUL, | ) **AND ORDER** |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | | |
|---|---|---|
| Dated: December 23, 2020 | | LAW OFFICES OF FRANCESCO PAULO BENAVIDES |
| | By: | */s/ Franceso Benavides*<br>FRANCESCO BENAVIDES<br>*\* By email authorization on, December 22, 2020*<br>Attorney for Plaintiff |
| Dated: December 23, 2020 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: | */s/ Geralyn Gulseth*<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 17), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: __**December 26, 2020**__        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE